| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Charles William Reynolds** | Social Security number or ITIN | **xxx–xx–6613** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Virginia** | Date case filed in chapter **13** | **12/23/16** |
| Case number: | **16–51200** | Date case converted to chapter **7** | **6/14/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Charles William Reynolds | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 1561 Carpers Pike<br>Gore, VA 22637 | |
| **4.** | **Debtor's attorney**<br>Name and address | Eryk Gabhran Boston<br>Boston Law Firm<br>125 Country Park Drive<br>Winchester, VA 22602 | Contact phone 540–313–1255 |
| **5.** | **Bankruptcy trustee**<br>Name and address | W Stephen Scott(80)<br>PO Box 1312<br>Charlottesville, VA 22902 | Contact phone (434) 227–5520 |

**For more information, see page 2 >**

Debtor **Charles William Reynolds**          Case number **16–51200**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 116 N. Main St., Room 223<br>Harrisonburg, VA 22802 | Hours open 8 a.m. – 4:30 p.m.<br><br>Contact phone (540) 434–8327<br><br>Date: 6/14/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**cr mtg, WDS, Courtroom, Historic, Courthouse, Court St. Entrance,, 103 N Main St.,, Woodstock,, VA 22664** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/9/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                             Western District of Virginia

In re:                                                                  Case No. 16-51200-rbc
Charles William Reynolds                                                Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0423-5          User: maddoxl              Page 1 of 2                  Date Rcvd: Jun 14, 2019
                              Form ID: 309A              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db             Charles William Reynolds,    1561 Carpers Pike,    Gore, VA   22637
aty           +Michael T. Freeman,    Samuel I. White, P. C.,    1804 Staples Mill Rd.,    Suite 200,
                Richmond, VA 23230-3530
tr            +Herbert L Beskin(82),     PO Box 2103,    Charlottesville, VA 22902-2103
tr            +W Stephen Scott(80),     PO Box 1312,    Charlottesville, VA 22902-1312
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
4371126       +Capital One Auto,    PO Box 259407,    Plano, TX 75025-9407
4373888       +Samuel I. White, P.C.,    1804 Staples Mill Road,    Suite 200,    Richmond, VA 23230-3530
4371132       +Shawn Reynolds,    c/o John Hassleeurger, Esq.,    21 S Kent St,    Winchester, VA 22601-6092
4706837       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: law@winchesterlawyer.us Jun 14 2019 22:14:52      Eryk Gabhran Boston,
                Boston Law Firm,    125 Country Park Drive,    Winchester, VA  22602
ust           +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Jun 14 2019 22:15:42      USTrustee,
                Office of the United States Trustee,    210 First Street, Suite 505,    Roanoke, VA 24011-1620
4371124       +EDI: TSYS2.COM Jun 15 2019 02:08:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE 19899-8803
4371125       +EDI: CAPITALONE.COM Jun 15 2019 02:08:00      Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
4420735       +E-mail/Text: bankruptcy@cavps.com Jun 14 2019 22:15:48      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4371127       +EDI: WFNNB.COM Jun 15 2019 02:08:00      Comenity Bank - Gander Mountain,    PO Box 182789,
                Columbus, OH 43218-2789
4371128       +EDI: WFNNB.COM Jun 15 2019 02:08:00      Comenity Bank - Victoria's Secret,    PO Box 182789,
                Columbus, OH 43218-2789
4371129       +EDI: RCSFNBMARIN.COM Jun 15 2019 02:08:00      Credit One Bank,    PO Box 98872,
                Las Vegas, NV 89193-8872
4371130        EDI: IRS.COM Jun 15 2019 02:08:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
4426986        EDI: RESURGENT.COM Jun 15 2019 02:08:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
4393195        EDI: RESURGENT.COM Jun 15 2019 02:08:00      LVNV Funding, LLC its successors and assigns as,
                assignee of QPL-LC Trust,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
4523428        EDI: RESURGENT.COM Jun 15 2019 02:08:00      LVNV Funding, LLC its successors and assigns as as,
                PO Box 10587,    Greenville, SC  29603-0587
4371131       +E-mail/Text: bk@lendingclub.com Jun 14 2019 22:15:51      Lending Club,
                71 Stevenson St, Ste 300,    San Francisco, CA 94105-2985
4419527       +EDI: MID8.COM Jun 15 2019 02:08:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
4435509        EDI: PRA.COM Jun 15 2019 02:08:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
4380936        EDI: Q3G.COM Jun 15 2019 02:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
4371133       +EDI: RMSC.COM Jun 15 2019 02:08:00      Synchrony - HH Gregg,    PO Box 965036,
                Orlando, FL 32896-5036
4430396       +EDI: RMSC.COM Jun 15 2019 02:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
4371134       +EDI: RMSC.COM Jun 15 2019 02:08:00      Synchrony Bank - Care Credit,    PO Box 965036,
                Orlando, FL 32896-5036
4371135        EDI: RMSC.COM Jun 15 2019 02:08:00      Synchrony Bank - Walmart,    PO Box 965024,
                El Paso, TX 79998
4371136       +E-mail/Text: bkr@taxva.com Jun 14 2019 22:15:56      VA Dept of Taxation,    Bankruptcy Unit,
                PO Box 2156,    Richmond, VA 23218-2156
4380817        EDI: WFFC.COM Jun 15 2019 02:08:00      Wells Fargo Bank, N.A,    Default Document Processing,
                N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
4371137        EDI: WFFC.COM Jun 15 2019 02:08:00      Wells Fargo Home Mortgage,    PO Box 10335,
                Des Moines, IA 50306-0335
4560878        EDI: ECAST.COM Jun 15 2019 02:08:00      eCAST Settlement Corporation,    PO Box 29262,
                New York NY 10087-9262
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A
cr*             ECAST Settlement Corporation,    PO Box 29262,    New York, NY  10087-9262
4395485*        Wells Fargo Bank, N.A,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0423-5          User: maddoxl               Page 2 of 2                  Date Rcvd: Jun 14, 2019
                              Form ID: 309A               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Eryk Gabhran Boston    on behalf of Debtor  Charles William Reynolds law@winchesterlawyer.us
              Herbert L Beskin(82)    hbeskin@cvillech13.net,  bss@cvillech13.net
              Michael T. Freeman    on behalf of Creditor   Wells Fargo Bank, N.A mfreeman@siwpc.com,
               bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;npatel@siwpc.com;bkreferral
               s@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
              W Stephen Scott(80)    wsscott7trustee@earthlink.net,  VA01@ecfcbis.com
                                                                                         TOTAL: 5
```