190000540

Assessor's/Tax ID No. 37-A-61A
Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN RD #200
MAC: N9289-018
EAGAN, MN 55121-4400

PREPARED BY: WELLS FARGO BANK, N.A.

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Frederick, Virginia
"REYNOLDS"

Date of Assignment: January 9th, 2019
Assignor: WELLS FARGO BANK, N.A. 1 HOME CAMPUS, DES MOINES, IA 50328
Assignee: SPECIALIZED LOAN SERVICING LLC at 8742 LUCENT BLVD SUITE 300, HIGHLANDS RANCH, CO 80129

Executed By: Shawn M REYNOLDS and Charles W REYNOLDS, Wife And Husband To: WELLS FARGO BANK, N.A.
Trustee: SAMUEL I. WHITE, P.C. Date of Deed of Trust: 10/05/2005 Recorded: 10/11/2005 as Instrument No.: 050023525 In Frederick County, State of Virginia.

Property Address: 1561 CARPERS PIKE, WINCHESTER, VA 22603

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $245,600.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:
WELLS FARGO BANK, N.A.
On 1/16/19

By: _____
Lovendah J Kwomboko Okwoyo
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Dakota

On 01/16/19, before me, Xee Lee, a Notary Public in the State of Minnesota, personally appeared Lovendah J Kwomboko Okwoyo Vice President Loan Documentation of WELLS FARGO BANK, N.A., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Xee Lee
Notary Expires: 01/31/2021

XEE LEE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2021

(This area for notarial seal)

VIRGINIA: FREDERICK COUNTY.SCT.
This instrument of writing was produced to me on

01-22-2019 at 12:44 P.M.
and with certificate acknowledgement thereto annexed was admitted to record. Tax imposed by Sec. 58.1-802 of
$ NA , and 58.1-801 have been paid, if assessable.

Rebecca P. Hagan, Clerk